ACCEPTED
03-14-00637-CR
4065030
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00637-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

————————————————————

On Appeal from the 403rd Judicial District Court of
Travis County, Texas
Cause Number D-1-DC-12-302227

————————————————————

**CHRISTOPHER BRIAN ROBERTS, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

————————————————————

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

————————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Christopher Brian Roberts, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1.     Appellant's brief was due in this case on January 9, 2015.

2.     Appellant seeks an extension of sixty days in which to file his brief, making his brief due on or before March 9, 2015.

3.     The undersigned inadvertently failed to sign up for casemail for this case and was not notified by the Court Reporter that the Reporter's Record had

been filed.    Therefore, the undersigned was unaware of the previous deadline.

4.    In the past thirty days, the undersigned has filed briefs in the First Court of Appeals in Cause Numbers 01-14-00240-CR, *Sean Michael McGuire, v. The State of Texas;* and 01-14-00241-CR, *Sean Michael McGuire v. The State of Texas*.    In addition, the undersigned filed a Petition for Writ of Habeas Corpus in Cause Number 08-1623-K26, *Ex parte Adam Adel Hayek*. Finally, the undersigned has made numerous court appearances and has undertaken the tasks associated with the management of a solo attorney practice.

5.    The undersigned has not filed any previous motions for extension of time in this case.

6.    For the reasons set forth above, Appellant respectfully requests that he be granted an extension of sixty days so that his brief in this case will now be due on March 9, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion for Extension of Time.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 452-1382 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Travis County District Attorney's Office, P.O. Box 1748, Austin, Texas, 78767, on February 9, 2015.

__/s/ Kristen Jernigan_____
Kristen Jernigan